1  HOWARD L. MAGEE State Bar No.: 185199
   BRANDYN E. STEDFIELD State Bar No. 225357
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
   633 West Fifth Street, 53rd Floor
3  Los Angeles, California  90071
   Telephone:  (213) 239-9800
4  Facsimile:   (213) 239-9045
   Howard.Magee@ogletreedeakins.com

Attorneys for Defendant OfficeMax North America, Inc. (formerly "OfficeMax, Inc."), and erroneously identified as "OfficeMax"

R. Robert Monterrosa, Esq.
LAW OFFICE OF R. ROBERT MONTERROSA
641 Fulton Avenue, Suite 206
Sacramento, CA  95825
Telephone: (916) 974-1110
Facsimile: (916) 974-1011

Attorneys for Plaintiff Eddy Bermudez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| EDDY BERMUDEZ, | Case No.  2:05-CV-02245-GEB-KJM |
|---|---|
| Plaintiff, | **JOINT REQUEST FOR WAIVER OF ORAL ARGUMENT AND [PROPOSED] ORDER** |
| v. | |
| OFFICEMAX and DOES 1-20, | Action Filed: September 30, 2005 |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

02245 GEB kmj

JOINT REQUEST FOR WAIVER OF ORAL ARGUMENT AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties have received the Court's March 16, 2006 vacating the
2  Status Conference previously scheduled for March 20, 2006.  Counsel notes that the
3  hearing on the Order to Show Cause remains scheduled for that date, "pursuant to
4  Counsel's request."  Order, 1:20.
5  Having submitted a joint response to the Court's Order on March 6,
6  2006, and with no status conference currently on calendar, the Parties hereby request
7  that the Court permit them to waive the oral argument previously requested.
8  Respectfully submitted,

DATED: March 17, 2006

HOWARD L. MAGEE
BRANDYN E. STEDFIELD
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART P.C.

By   /s/ Howard L. Magee
          Howard L. Magee

Attorney for Defendant Office Max North America, Inc.

DATED: March 17, 2006

R. ROBERT MONTERROSA
LAW OFFICE OF R. ROBERT MONTERROSA

By _____
          R. Robert Monterrosa

Attorney for Plaintiff Eddy Bermudez

## **ORDER**

The oral argument in connection with the Order to Show Cause is deemed waived, and the matter is submitted.

DATED: March 17, 2006

　　　　　/s/ Garland E. Burrell, Jr.
**GARLAND E. BURRELL, JR.**
United States District Judge

1.　　　　　　　　　　　　02245 GEB kmj

JOINT REQUEST FOR WAIVER OF ORAL ARGUMENT AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com